

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00893-CV

Judy **BARRERA**,
Appellant

v.

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System and Charles Reed,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22275
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The court reporter's first request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **March 10, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court